RECEIVED
MAR 1 3 2018
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 3:18-CR-18 |
| v. | INDICTMENT |
| MALCOLM MIDDLETON, | T. 18 U.S.C. § 1201(a)(x)(A) |
| Defendant. | T. 18 U.S.C. § 2261(a)(2) |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Kidnapping)

On or about November 17, 2017, in the Southern District of Iowa, and elsewhere, the defendant, MALCOLM MIDDLETON, did unlawfully and willfully seize, confine, kidnap, abduct, carry away and hold for the purpose of punishing, injuring, harassing, intimidating, assaulting, and killing the victim, referred to by the initials LL and to conceal her whereabouts, in committing or in furtherance of the commission of the offense, did willfully transport LL in interstate commerce from Iowa to Mississippi.

This is a violation of Title 18, United States Code, Section 1201(a)(1).

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 2
### (Interstate Domestic Violence)

On or about November 17, 2017, in the Southern District of Iowa and elsewhere, the defendant, MALCOLM MIDDLETON, caused the victim, referred to as LL, an intimate partner and dating partner, to travel in interstate commerce by force, coercion, and duress, and while in

the course of, and as a result of, and to facilitate such conduct and travel, committed and attempted to commit Assault causing bodily injury and Willful Injury in violation of Iowa Code §§ 708.1, 708.2, and 708.4 and Simple Assault by purposely causing bodily injury and by attempting, by physical menace, to put LL in fear of imminent serious bodily harm in violation of Mississippi Code §§ 97-3-7(1)(a)(1)(i) and (iii) and Aggravated Assault by purposely or knowingly causing bodily injury to LL with a deadly weapon or other means likely to produce death or serious bodily harm in violation of Mississippi Code §§ 97-3-7(2)(a)(2)(ii), crimes of violence against LL.

This is a violation of Title 18, United States Code, Section 2261(a)(2).

A TRUE BILL.

_____
FOREPERSON

Marc Krickbaum
United States Attorney

By: _____
Clifford R. Cronk III
Assistant United States Attorney